**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  04-cr-00003-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  TRACY J. WATSON,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that the supervised release violation hearing regarding Defendant Watson set **Wednesday, February 2, 2010 is VACATED and RESET for Friday, February 5, 2010 at 9:00 a.m.** in Courtroom C401 Byron G. Rogers United States Courthouse.  Defendant must be present.

Dated:  January 28, 2010